**Jason K. Singleton**, State Bar #166170
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**
**lawgroup@sbcglobal.net**

**(707) 441-1177**
**FAX  441-1533**

**Attorney for Plaintiff, GYPSIE JONES**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GYPSIE JONES,** | Case No.  2:06-CV-1206 FCD KJM |
|     **Plaintiff,** | **STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER** |
| v. | |
| **WHITE AUTO SALES, INC., a California corporation, dba FAIRFIELD TOYOTA, RONALD L. BARBER, CHARESA L. M. BARBER, and DOES ONE through FIFTY, inclusive,** | |
|     **Defendants.** | |

    Plaintiff **GYPSIE JONES** and Defendants **WHITE AUTO SALES, INC., a California corporation, dba FAIRFIELD TOYOTA, RONALD L. BARBER, CHARESA L. M. BARBER,** (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

    1.    The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, each party to bear their own attorney fees and costs.

///

///

///

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

**SINGLETON LAW GROUP**

Dated: November 27, 2006      /s/ Jason K. Singleton
Jason K. Singleton, Attorney for Plaintiff,
**GYPSIE JONES**

**CHAPMAN & INTRIERI, L.L.P.**

Dated: January 10, 2007      /s/ Daniel M. O'Connell
DANIEL M. O'CONNELL, Attorney for Defendants
**WHITE AUTO SALES, INC., dba FAIRFIELD TOYOTA, RONALD L. BARBER, CHARESA L. M. BARBER**

Lien Claimant WILD OATS MARKET, INC., through its undersigned attorney, consents to dismissal with prejudice.

**DLA PIPER LLP**

Dated: January 8, 2007      /s/ Amy Beckstead
Amy Beckstead, Attorneys for Lien Claimant
**WILD OATS MARKET, INC.**

### ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>JONES vs. WHITE AUTO SALES, et al.</u>, Case Number 2:06-CV-1206 FCD KJM, is dismissed with prejudice with each party to bear their own attorneys fees and costs.

Dated: January 29, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE